**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charlie Lee Evans, | ) CV05-3711-PHX-SMM (MHB) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| McWilliams, et. al., | ) |
| Defendant. | ) |

Defendant's Motion to Dismiss (Doc. #25) is now ready for the Court's consideration. Therefore,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to Defendant's Motion to Dismiss (Doc. #25). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 9th day of May, 2007.

Stephen M. McNamee
United States District Judge